IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLYLE FORTRAN TRUST,<br><br>    Plaintiff(s),<br>v.<br><br>NVIDIA CORP., et al.,<br><br>    Defendant(s).<br><br>CARRAMERICA REALTY CORP.,<br><br>    Plaintiff(s),<br>v.<br><br>NVIDIA CORP., et al.<br><br>    Defendant(s). | NO. C 05-00427 JW, C 05-00428 JW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

    The Court hereby schedules a case management conference in the <u>Carramerica Realty Corp. v. Nvidia Corporation, et al.</u> matter, Case No. C-05-00428 JW on June 27, 2005 at 10:00 a.m. The case management conference in the <u>Carlyle Fortran Trust v. Nvidia Corporation, et al.</u> action, Case No. C-05-00427 JW, originally scheduled for June 6, 2005, is continued to June 27, 2005 to be conducted in conjunction with the <u>Carramerica</u> conference. The parties shall meet and confer, and

//

//

//

file joint case management statements pursuant to Civil Local Rule 16-9 no later than June 15, 2005.

Dated: May 31, 2005                                   /s/ James Ware
                                                      JAMES WARE
                                                      United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Henry H. Oh henry.oh@dlapiper.com
James N. Kramer jkramer@orrick.com
Jonathan B. Gaskin jgaskin@orrick.com
Jonathan S. O'Donnell jon@mbvlaw.com
Justin Myer Lichterman jlichterman@orrick.com
Karen Johnson-McKewan kjohnson-mckewan@orrick.com
Leah Anne Nutting lnutting@orrick.com
Michael Todd Scott tscott@orrick.com
Morgan William Tovey mtovey@reedsmith.com
Richard C. Darwin rdarwin@buchalter.com


Stephen Pettigrew
Nvidia Corporation
2701 San Tomas Expressway
Santa Clara, CA 95050


**Dated: May 31, 2005**                                **Richard W. Wieking, Clerk**


                                                       **By:/jwchambers/**
                                                           **Ronald L. Davis**
                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California