| | |
|---|---|
| 1 | DLA PIPER RUDNICK GRAY CARY US LLP |
|   | Betty M. Shumener (SBN 137220) |
| 2 | Henry H. Oh (SBN 187127) |
|   | 550 S. Hope Street, Suite 2300 |
| 3 | Los Angeles, California 90071-2631 |
|   | Telephone:  213 330-7700 |
| 4 | Facsimile:  213 330-7701 |
|   | E-mail:  henry.oh@dlapiper.com |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | CARLYLE FORTRAN TRUST |

**GRANTED**
*/s/ James Ware*
Judge James Ware

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-00427 JW |
| | ) | |
| 3DFX INTERACTIVE, INC., a California corporation, | ) ) | Bankruptcy Case No. 02-55795 JRG |
| | ) | Adversary Proceeding No. 03-5010 |
| Debtor, | ) | |
| | ) | Chapter 11 |
| EIN: 77-0390421 | ) | |
| | ) | **[PROPOSED] ORDER (A)** |
| | ) | **ENLARGING TIME TO FILE MOTION** |
| | ) | **OPPOSING BILL OF COSTS, AND (B)** |
| | ) | **ENLARGING TIME TO RESPOND TO** |
| CARLYLE FORTRAN TRUST, a Maryland real estate investment trust, | ) ) | **NVIDIA DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |
| | ) | **[Civil Local Rule 6-3]** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Date:  TBD |
| | ) | Time:  TBD |
| NVIDIA CORPORATION, a Delaware corporation; NVIDIA US INVESTMENT COMPANY, f/k/a TITAN ACQUISITION CORP. NO. 2, a Delaware corporation; 3DFX INTERACTIVE, INC., a California corporation; JEN-HSUN HUANG, an individual; JAMES C. GAITHER, an individual; A. BROOKE SEAWELL, an individual; WILLIAM J. MILLER, an individual; TENCH COXE, an individual; MARK A. STEVENS, an individual; HARVEY C. JONES, JR., an individual; STEPHEN H. PETTIGREW, an individual; CHRISTINE B. HOBERG, an individual; RICHARD A. HEDDLESON, an individual; GORDON A. CAMPBELL, an individual; JAMES WHIMS, an individual; JAMES L. HOPKINS, an | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Ctrm:  8 Judge:  Hon. James Ware |

individual; SCOTT D. SELLERS, an )
individual; ALEX M. LEUPP, an individual, )
and DOES 14, 15, and 18 through 50, inclusive, )
                                            )
        Defendants. )
_____ )

# **ORDER**

After reviewing the papers, and good cause appearing therefore, the Court hereby GRANTS the Motion of Carlyle Fortran Trust ("Carlyle") For (A) Order Enlarging Time To File Motion Opposing Bill Of Costs, And (B) Order Enlarging Time To Respond To nVidia Defendants' Motion For Attorneys' Fees.

The Court hereby sets the following briefing schedule:

- March 5, 2007: Last day for Carlyle to file a Motion contesting the nVidia Defendants' Bill of Costs.
- March 19, 2007: Last day for Carlyle to file an Opposition to nVidia Defendants' Motion for Attorneys' Fees and for the nVidia Defendants to file an Opposition to Carlyle's Motion contesting the nVidia Defendants' Bill of Costs.
- March 26, 2007: Last day for Carlyle to file a Reply to the nVidia Defendants' Opposition to Carlyle's Motion contesting the nVidia Defendants' Bill of Costs and for the nVidia Defendants to file a Reply to Carlyle's Opposition to the nVidia Defendants' Motion for Attorneys' Fees.
- April 9, 2007 at 9 a.m.: Hearing of the nVidia Defendants' Motion for Attorneys' Fees and Carlyle's Motion contesting the nVidia Defendants' Bill of Costs.

IT IS SO ORDERED

Dated: December 28, 2006

_____
United States District Court Judge

-1-

[PROPOSED] ORDER GRANTING CARLYLE'S MOTION FOR ORDER ENLARGING TIME – Case No. 05-00427 JW