1  DLA PIPER RUDNICK GRAY CARY US LLP
   Betty M. Shumener (SBN 137220)
2  Henry H. Oh (SBN 187127)
   550 S. Hope Street, Suite 2300
3  Los Angeles, California 90071-2631
   Telephone:  213 330-7700
4  Facsimile:  213 330-7701
   E-mail:  henry.oh@dlapiper.com
5
   Attorneys for Plaintiff
6  CARLYLE FORTRAN TRUST

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

| | |
|---|---|
| 11  In re: | Case No. 05-00427 JW |
| 12  3DFX INTERACTIVE, INC., a California corporation, | Bankruptcy Case No. 02-55795 JRG<br>Adversary Proceeding No. 03-5010 |
| 13  Debtor, | Chapter 11 |
| 14  EIN: 77-0390421 | **STIPULATION AND [PROPOSED]** |
| 15 | **ORDER RE BRIEFING SCHEDULE FOR ANY MOTION BY CARLYLE** |
| 16  _____ | **FORTRAN TRUST CONTESTING THE 3DFX DS&OS' BILLS OF COSTS** |
| 17  CARLYLE FORTRAN TRUST, a Maryland real estate investment trust, | |
| 18  Plaintiff, | Judge: Hon. James Ware |
| 19  vs. | |
| 20  NVIDIA CORPORATION, a Delaware corporation; NVIDIA US INVESTMENT | |
| 21  COMPANY, f/k/a TITAN ACQUISITION CORP. NO. 2, a Delaware corporation; 3DFX | |
| 22  INTERACTIVE, INC., a California corporation; JEN-HSUN HUANG, an | |
| 23  individual; JAMES C. GAITHER, an individual; A. BROOKE SEAWELL, an | |
| 24  individual; WILLIAM J. MILLER, an individual; TENCH COXE, an individual; | |
| 25  MARK A. STEVENS, an individual; HARVEY C. JONES, JR., an individual; STEPHEN H. | |
| 26  PETTIGREW, an individual; CHRISTINE B. HOBERG, an individual; RICHARD A. | |
| 27  HEDDLESON, an individual; GORDON A. CAMPBELL, an individual; JAMES WHIMS, | |
| 28  an individual; JAMES L. HOPKINS, an | |

1  individual; SCOTT D. SELLERS, an                )
   individual; ALEX M. LEUPP, an individual,       )
2  and DOES 14, 15, and 18 through 50, inclusive,  )
                                                   )
3                  Defendants.                     )
                                                   )
4

# STIPULATION

WHEREAS, on January 3, 2007, defendants Gordon A. Campbell, James Whims, James L. Hopkins, Scott D. Sellers and Alex M. Leupp filed a Bill of Costs ("Campbell *et al*. Bill of Costs") in the above action;

WHEREAS, on January 3, 2007, defendant Richard A. Heddleson filed a Bill of Costs ("Heddleson Bill of Costs") in the above action;

WHEREAS, plaintiff Carlyle Fortran Trust ("Carlyle") intends to object to the Campbell *et al*. Bill of Costs and the Heddleson Bill of Costs (collectively, the "3dfx Ds&Os' Bills of Costs") on numerous grounds including, without limitation, that the 3dfx Ds&Os' Bills of Costs are untimely under Northern District Local Rule 54-1(a);

WHEREAS, in the event Clerk overrules Carlyle's objections to the 3dfx Ds&Os' Bills of Costs, Carlyle would have only five days to file a motion contesting the validity of those costs under Local Rule 54-5;

WHEREAS, the parties concur that in the interest of judicial economy any motion by Carlyle contesting the 3dfx Ds&Os' Bills of Costs, if necessary, should follow the same briefing schedule ordered by the Court on December 28, 2006 with respect to Carlyle's Motion contesting nVidia's Bill of Costs;

NOW, THEREFORE, the parties hereby agree and stipulate that should any motion by Carlyle contesting the 3dfx Ds&Os' Bills of Costs is necessary, the briefing and hearing of such motion shall follow the schedule below:

- March 5, 2007: Last day for Carlyle to file a Motion contesting the 3dfx Ds&Os' Bills of Costs.

- March 19, 2007: Last day for the 3dfx Ds&Os to file an Opposition to Carlyle's Motion contesting the 3dfx Ds&Os' Bills of Costs.
- March 26, 2007: Last day for Carlyle to file a Reply to the 3dfx Ds&Os' Opposition to Carlyle's Motion contesting the 3dfx Ds&Os' Bills of Costs.
- April 9, 2007: Hearing of Carlyle's Motion contesting the 3dfx Ds&Os' Bills of Costs.

**SO STIPULATED.**

Dated:  January 8, 2007                    DLA PIPER US LLP


                                           By: /s/ Henry H. Oh
                                                Henry H. Oh
                                           Attorneys for Plaintiff
                                           CARLYLE FORTRAN TRUST


Dated:  January __, 2007                   SEILER EPSTEIN ZIEGLER & APPLEGATE LLP


                                           By:
                                                Douglas A. Applegate
                                           Attorneys for Defendants
                                           Gordon A. Campbell, James Whims, James L. Hopkins, Scott D. Sellers and Alex M. Leupp


Dated:  January __, 2007                   PINNACLE LAW GROUP LLP


                                           By:
                                                John L. Fitzgerald
                                           Attorneys for Defendant
                                           RICHARD A. HEDDLESON

-2-

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE RE 3DFX DS&OS' BILLS OF COSTS – Case No. 05-00427 JW

- March 19, 2007: Last day for the 3dfx Ds&Os to file an Opposition to Carlyle's Motion contesting the 3dfx Ds&Os' Bills of Costs.
- March 26, 2007: Last day for Carlyle to file a Reply to the 3dfx Ds&Os' Opposition to Carlyle's Motion contesting the 3dfx Ds&Os' Bills of Costs.
- April 9, 2007: Hearing of Carlyle's Motion contesting the 3dfx Ds&Os' Bills of Costs.

**SO STIPULATED.**

Dated: January __, 2007         DLA PIPER US LLP

By:_____
     Henry H. Oh
Attorneys for Plaintiff
CARLYLE FORTRAN TRUST

Dated: January 7, 2007         SEILER EPSTEIN ZIEGLER & APPLEGATE LLP

By:_____
     Douglas A. Applegate
Attorneys for Defendants
Gordon A. Campbell, James Whims, James L. Hopkins, Scott D. Sellers and Alex M. Leupp

Dated: January __, 2007         PINNACLE LAW GROUP LLP

By:_____
     John L. Fitzgerald
Attorneys for Defendant
RICHARD A. HEDDLESON

- March 19, 2007: Last day for the 3dfx Ds&Os to file an Opposition to Carlyle's Motion contesting the 3dfx Ds&Os' Bills of Costs.

- March 26, 2007: Last day for Carlyle to file a Reply to the 3dfx Ds&Os' Opposition to Carlyle's Motion contesting the 3dfx Ds&Os' Bills of Costs.

- April 9, 2007: Hearing of Carlyle's Motion contesting the 3dfx Ds&Os' Bills of Costs.

**SO STIPULATED.**

Dated: January __, 2007         DLA PIPER US LLP


                                By:_____
                                    Henry H. Oh
                                Attorneys for Plaintiff
                                CARLYLE FORTRAN TRUST


Dated: January __, 2007         SEILER EPSTEIN ZIEGLER & APPLEGATE LLP


                                By:_____
                                    Douglas A. Applegate
                                Attorneys for Defendants
                                Gordon A. Campbell, James Whims, James L. Hopkins, Scott D. Sellers and Alex M. Leupp


Dated: January 5, 2007          PINNACLE LAW GROUP LLP


                                By:_____
                                    John L. Fitzgerald
                                Attorneys for Defendant
                                RICHARD A. HEDDLESON

# ORDER

Pursuant to Stipulation, should any motion by Carlyle contesting the 3dfx Ds&Os' Bills of Costs is necessary, the Court hereby sets the following briefing schedule for such motion:

- March 5, 2007: Last day for Carlyle to file a Motion contesting the 3dfx Ds&Os' Bills of Costs.
- March 19, 2007: Last day for the 3dfx Ds&Os to file an Opposition to Carlyle's Motion contesting the 3dfx Ds&Os' Bills of Costs.
- March 26, 2007: Last day for Carlyle to file a Reply to the 3dfx Ds&Os' Opposition to Carlyle's Motion contesting the 3dfx Ds&Os' Bills of Costs.
- April 9, 2007: Hearing of Carlyle's Motion contesting the 3dfx Ds&Os' Bills of Costs.

IT IS SO ORDERED

Dated: January 11 2007

_____
United States District Court Judge