ROBERT P. VARIAN (STATE BAR NO. 107459)
KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
JAMES N. KRAMER (STATE BAR NO. 154709)
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
RUTH Y. KWON (STATE BAR NO. 232569)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Telephone:    415-773-5700
Facsimile:     415-773-5759

Attorneys for Defendants
NVIDIA CORPORATION, NVIDIA US INVESTMENT
COMPANY, INC., JEN-HSUN HUANG, JAMES C. GAITHER,
A. BROOKE SEAWELL, WILLIAM J. MILLER, TENCH COXE,
MARK A. STEVENS, HARVEY C. JONES, STEPHEN H.
PETTIGREW and CHRISTINE B. HOBERG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CARLYLE FORTRAN TRUST, a Maryland real estate investment trust,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, et al.,<br><br>Defendants. | CASE NO.   C-05-00427-JW<br><br>[RELATED CASE NOS.<br><br>5:05-CV 00428-JW<br>5:05-CV-00429-JW<br>5:06-CV-03238-JW<br>5:06-CV-03856-JW<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE<br><br>Date:          April 9, 2007<br>Time:         9:00 A.M.<br>Courtroom: 8, 4th Floor<br>Judge         The Hon. James Ware |

OHS West:260157485.1

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE -
CASE C-05-00427-JW

WHEREAS on October 6, 2006, the Court dismissed with prejudice the claims against Defendants nVidia Corporation, nVidia US Investments Company, Jen-Hsun Huang, James C. Gaither, Mark A. Stevens, A. Brooke Seawell, William J. Miller, Tench Coxe, and Harvey C. Jones in Plaintiff CarrAmerica Realty Corp.'s ("CarrAmerica") Third Amended Complaint, and dismissed with leave to amend the claims against Defendants Richard A. Heddleson, Gordon Campbell, James Whims, James Hopkins, Scott Sellers and Alex Leupp;

WHEREAS on November 20, 2006, Defendants nVidia Corporation, nVidia US Investments Company, Jen-Hsun Huang, James C. Gaither, Mark A. Stevens, A. Brooke Seawell, William J. Miller, Tench Coxe, and Harvey C. Jones filed a Motion for Attorneys Fees and Bill of Costs to recover fees and costs from the CarrAmerica action;

WHEREAS on December 15, 2006, the Court dismissed with prejudice Plaintiff Carlyle Fortran Trust's ("Carlyle") Fourth Amended Complaint;

WHEREAS on December 22, 2006, Defendants nVidia Corporation, nVidia US Investments Company, Jen-Hsun Huang, James C. Gaither, Mark A. Stevens, A. Brooke Seawell, William J. Miller, Tench Coxe, Harvey C. Jones, Christine B. Hoberg and Stephen Pettigrew (collectively, the "nVidia Defendants") filed a Motion for Attorneys Fees and Bill of Costs in the Carlyle action;

WHEREAS on January 3, 2007, Defendant Richard A. Heddleson filed a Bill of Costs in the Carlyle action;

WHEREAS on January 3, 2007, Defendants Gordon Campbell, James Whims, James Hopkins, Scott Sellers and Alex Leupp filed a Bill of Costs in the Carlyle action;

WHEREAS on January 10, 2007, the clerk taxed costs on the nVidia Defendants' Bill of Costs in the CarrAmerica action;

WHEREAS the nVidia Defendants intend to file a motion for review of the clerk's taxation of costs in the CarrAmerica action;

WHEREAS on January 11, 2007, the Court set a hearing for April 9, 2007, at 9:00 a.m., on the various motions for attorneys fees and Bills of Costs;

WHEREAS on January 12, 2007, Defendant Richard A. Heddleson filed a supplemental Bill of Costs in the Carlyle action;

WHEREAS on January 14, 2007, Defendants Gordon Campbell, James Whims, James Hopkins, Scott Seller and Alex Leupp filed a Supplemental/Corrected Bill of Costs;

WHEREAS the clerk has not yet taxed any costs on the Bills of Costs filed by the nVidia Defendants in the Carlyle Action, or by any Defendant other than the nVidia Defendants in the CarrAmerica or Carlyle actions;

WHEREAS in the interest of judicial efficiency and for the convenience of the Court, the parties agree that the briefing and hearing on all motions for attorneys fees and any motions for review of the clerk's taxation of any Bill of Costs should proceed on the same schedule and be heard together after the clerk completed its final taxation of costs on all Bills of Costs;

NOW THEREFORE the parties hereby stipulate and agree to the following schedule relating to the various Bills of Costs and Motions for Attorneys' Fees, which the parties anticipate will allow the clerk sufficient time to review all pending Bills of Costs and provide the parties with sufficient time to prepare related motions concerning any taxation of costs:

1.    April 30, 2007: Last day for Carlyle and/or CarrAmerica to file Motions contesting the Bills of Costs and for nVidia to file a Motion for Review of Clerk's Taxation of Costs;

2.    May 14, 2007: Last day for the Carlyle and/or CarrAmerica to file Oppositions to nVidia's Motion for Attorneys' fees and Motion for Review of Clerk's Taxation of Costs and for nVidia to file Oppositions to Carlyle's and/or CarrAmerica's Motion contesting the Bills of Costs;

3.    May 21, 2007: Last day for Carlyle and/or CarrAmerica to file Replies to Oppositions to Motion contesting the Bills of Costs and for nVidia to file Replies to Oppositions to Motions for Attorneys' fees and for Review of Clerk's Taxation of Costs;

4.    June 4, 2007: Hearing of Carlyle's and/or CarrAmerica's Motion contesting the

Bills of Costs and hearing of nVidia's Motion for Attorneys' fees and Review of Clerk's Taxation of Costs.

**SO STIPULATED.**

Dated: January, ___, 2007

/s/
Douglas Applegate
SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Counsel for the 3dfx Defendants

Dated: January, ___, 2007

/s/
John Fitzgerald
PINNACLE LAW GROUP
Counsel for Richard A. Heddleson

Dated: January, ___, 2007

/s/
Justin Lichterman
ORRICK HERRINGTON & SUTCLIFFE LLP
Counsel for the nVidia Defendants

Dated: January, ___, 2007

Dwight Donovan
MBV LAW LLP
Counsel for CarrAmerica Realty Corp.

Dated: January, ___, 2007

Henry Oh
DLA PIPER
Counsel for Carlyle Fortran Trust

**ORDER**

Pursuant to the stipulation, and GOOD CAUSE appearing therefore, the Court hereby orders that briefing and the hearings on the various Motions for Attorneys' Fees and Bills of Costs in these actions shall occur in accordance with the schedule stipulated above.

**IT IS SO ORDERED.**

Dated: January 19, 2007

_/s/ James Ware_
United States District Court Judge

OHS West:260157485.1

- 4 -

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE - CASE

Bills of Costs and hearing of nVidia's Motion for Attorneys' fees and Review of Clerk's Taxation of Costs.

**SO STIPULATED.**

Dated: January, ___, 2007

_____
Douglas Applegate
SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Counsel for the 3dfx Defendants

Dated: January, ___, 2007

_____
John Fitzgerald
PINNACLE LAW GROUP
Counsel for Richard A. Heddleson

Dated: January, ___, 2007

_____
Justin Lichterman
ORRICK HERRINGTON & SUTCLIFFE LLP
Counsel for the nVidia Defendants

Dated: January, 18, 2007

/s/ Dwight Donovan
_____
Dwight Donovan
MBV LAW LLP
Counsel for CarrAmerica Realty Corp.

Dated: January, ___, 2007

_____
Henry Oh
DLA PIPER
Counsel for Carlyle Fortran Trust

**ORDER**

Pursuant to the stipulation, and GOOD CAUSE appearing therefore, the Court hereby orders that briefing and the hearings on the various Motions for Attorneys' Fees and Bills of Costs in these actions shall occur in accordance with the schedule stipulated above.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
United States District Court Judge

Bills of Costs and hearing of nVidia's Motion for Attorneys' fees and Review of Clerk's Taxation of Costs.

**SO STIPULATED.**

Dated: January,___, 2007

---
Douglas Applegate
SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Counsel for the 3dfx Defendants

Dated: January,___, 2007

---
John Fitzgerald
PINNACLE LAW GROUP
Counsel for Richard A. Heddleson

Dated: January,___, 2007

---
Justin Lichterman
ORRICK HERRINGTON & SUTCLIFFE LLP
Counsel for the nVidia Defendants

Dated: January,___, 2007

---
Dwight Donovan
MBV LAW LLP
Counsel for CarrAmerica Realty Corp.

Dated: January, 18, 2007

---
Henry Oh
DLA PIPER
Counsel for Carlyle Fortran Trust

**ORDER**

Pursuant to the stipulation, and GOOD CAUSE appearing therefore, the Court hereby orders that briefing and the hearings on the various Motions for Attorneys' Fees and Bills of Costs in these actions shall occur in accordance with the schedule stipulated above.

**IT IS SO ORDERED.**

Dated: _____, 2007

---
United States District Court Judge