1  ROBERT P. VARIAN (STATE BAR NO. 107459)
   KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
2  JAMES N. KRAMER (STATE BAR NO. 154709)
   JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
3  RUTH Y. KWON (STATE BAR NO. 232569)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone:     415-773-5700
   Facsimile:      415-773-5759
6
   Attorneys for Defendants
7  NVIDIA CORPORATION, NVIDIA US INVESTMENT
   COMPANY, INC., JEN-HSUN HUANG, JAMES C. GAITHER,
8  A. BROOKE SEAWELL, WILLIAM J. MILLER, TENCH COXE,
   MARK A. STEVENS, HARVEY C. JONES, STEPHEN H.
9  PETTIGREW and CHRISTINE B. HOBERG

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14

15  CARLYLE FORTRAN TRUST,                  CASE NO.   C-05-00427-JW
    a Maryland real estate investment trust,
16                                          [RELATED CASE NOS.
              Plaintiff,
17                                              5:05-CV 00428-JW
              v.                                5:05-CV-00429-JW
18                                              5:06-CV-03238-JW
    NVIDIA CORPORATION, et al.,                 5:06-CV-03856-JW
19
              Defendants.                   STIPULATION AND [PROPOSED]
20                                          ORDER REGARDING BRIEFING
                                            SCHEDULE
21
                                            Date:        April 9, 2007
22                                          Time:        9:00 A.M.
                                            Courtroom:   8, 4th Floor
23                                          Judge        The Hon. James Ware

24

25

26

27

28

OHS West:260157485.1

WHEREAS on October 6, 2006, the Court dismissed with prejudice the claims against Defendants nVidia Corporation, nVidia US Investments Company, Jen-Hsun Huang, James C. Gaither, Mark A. Stevens, A. Brooke Seawell, William J. Miller, Tench Coxe, and Harvey C. Jones in Plaintiff CarrAmerica Realty Corp.'s ("CarrAmerica") Third Amended Complaint, and dismissed with leave to amend the claims against Defendants Richard A. Heddleson, Gordon Campbell, James Whims, James Hopkins, Scott Sellers and Alex Leupp;

WHEREAS on November 20, 2006, Defendants nVidia Corporation, nVidia US Investments Company, Jen-Hsun Huang, James C. Gaither, Mark A. Stevens, A. Brooke Seawell, William J. Miller, Tench Coxe, and Harvey C. Jones filed a Motion for Attorneys Fees and Bill of Costs to recover fees and costs from the CarrAmerica action;

WHEREAS on December 15, 2006, the Court dismissed with prejudice Plaintiff Carlyle Fortran Trust's ("Carlyle") Fourth Amended Complaint;

WHEREAS on December 22, 2006, Defendants nVidia Corporation, nVidia US Investments Company, Jen-Hsun Huang, James C. Gaither, Mark A. Stevens, A. Brooke Seawell, William J. Miller, Tench Coxe, Harvey C. Jones, Christine B. Hoberg and Stephen Pettigrew (collectively, the "nVidia Defendants") filed a Motion for Attorneys Fees and Bill of Costs in the Carlyle action;

WHEREAS on January 3, 2007, Defendant Richard A. Heddleson filed a Bill of Costs in the Carlyle action;

WHEREAS on January 3, 2007, Defendants Gordon Campbell, James Whims, James Hopkins, Scott Sellers and Alex Leupp filed a Bill of Costs in the Carlyle action;

WHEREAS on January 10, 2007, the clerk taxed costs on the nVidia Defendants' Bill of Costs in the CarrAmerica action;

WHEREAS the nVidia Defendants intend to file a motion for review of the clerk's taxation of costs in the CarrAmerica action;

WHEREAS on January 11, 2007, the Court set a hearing for April 9, 2007, at 9:00 a.m., on the various motions for attorneys fees and Bills of Costs;

1   WHEREAS on January 12, 2007, Defendant Richard A. Heddleson filed a supplemental

2   Bill of Costs in the Carlyle action;

3   WHEREAS on January 14, 2007, Defendants Gordon Campbell, James Whims, James

4   Hopkins, Scott Seller and Alex Leupp filed a Supplemental/Corrected Bill of Costs;

5   WHEREAS the clerk has not yet taxed any costs on the Bills of Costs filed by the nVidia

6   Defendants in the Carlyle Action, or by any Defendant other than the nVidia Defendants in the

7   CarrAmerica or Carlyle actions;

8   WHEREAS in the interest of judicial efficiency and for the convenience of the Court, the

9   parties agree that the briefing and hearing on all motions for attorneys fees and any motions for

10  review of the clerk's taxation of any Bill of Costs should proceed on the same schedule and be

11  heard together after the clerk completed its final taxation of costs on all Bills of Costs;

12

13  NOW THEREFORE the parties hereby stipulate and agree to the following schedule

14  relating to the various Bills of Costs and Motions for Attorneys' Fees, which the parties anticipate

15  will allow the clerk sufficient time to review all pending Bills of Costs and provide the parties

16  with sufficient time to prepare related motions concerning any taxation of costs:

17

18  1.      April 30, 2007:  Last day for Carlyle and/or CarrAmerica to file Motions

19  contesting the Bills of Costs and for nVidia to file a Motion for Review of Clerk's Taxation of

20  Costs;

21  2.      May 14, 2007:  Last day for the Carlyle and/or CarrAmerica to file Oppositions to

22  nVidia's Motion for Attorneys' fees and Motion for Review of Clerk's Taxation of Costs and for

23  nVidia to file Oppositions to Carlyle's and/or CarrAmerica's Motion contesting the Bills of

24  Costs;

25  3.      May 21, 2007:  Last day for Carlyle and/or CarrAmerica to file Replies to

26  Oppositions to Motion contesting the Bills of Costs and for nVidia to file Replies to Oppositions

27  to Motions for Attorneys' fees and for Review of Clerk's Taxation of Costs;

28  4.      June 4, 2007:  Hearing of Carlyle's and/or CarrAmerica's Motion contesting the

1   Bills of Costs and hearing of nVidia's Motion for Attorneys' fees and Review of Clerk's Taxation

2   of Costs.

3       **SO STIPULATED.**

4

5   Dated: January,____, 2007

6                                               _____/s/_____
                                                        Douglas Applegate
7                                               SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
                                                   Counsel for the 3dfx Defendants
8   Dated: January,____, 2007

9                                               _____/s/_____
                                                          John Fitzgerald
10                                                    PINNACLE LAW GROUP
                                                  Counsel for Richard A. Heddleson
11  Dated: January,____, 2007

12                                              _____/s/_____
                                                         Justin Lichterman
13                                              ORRICK HERRINGTON & SUTCLIFFE LLP
                                                  Counsel for the nVidia Defendants
14

15  Dated: January,____, 2007

16                                              _____
                                                          Dwight Donovan
17                                                        MBV LAW LLP
                                                  Counsel for CarrAmerica Realty Corp.
18  Dated: January,____, 2007

19                                              _____
                                                             Henry Oh
20                                                          DLA PIPER
                                                  Counsel for Carlyle Fortran Trust
21
                                                           **ORDER**
22
        Pursuant to the stipulation, and GOOD CAUSE appearing therefore, the Court hereby
23
    orders that briefing and the hearings on the various Motions for Attorneys' Fees and Bills of
24
    Costs in these actions shall occur in accordance with the schedule stipulated above.
25
        **IT IS SO ORDERED.**
26

27                                              _____
    Dated: _January 19__, 2007
28                                                United States District Court Judge

1  Bills of Costs and hearing of nVidia's Motion for Attorneys' fees and Review of Clerk's Taxation

2  of Costs.

3     **SO STIPULATED.**

4

5  Dated:  January,___, 2007

6                                                    _____
                                                     Douglas Applegate
7                                                    SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
                                                     Counsel for the 3dfx Defendants
8  Dated:  January,___, 2007

9                                                    _____
                                                     John Fitzgerald
10                                                   PINNACLE LAW GROUP
                                                     Counsel for Richard A. Heddleson
11 Dated:  January,___, 2007

12                                                   _____
13                                                   Justin Lichterman
                                                     ORRICK HERRINGTON & SUTCLIFFE LLP
14                                                   Counsel for the nVidia Defendants
   Dated:  January, 18, 2007
15
16                                                   _____
                                                     Dwight Donovan
17                                                   MBV LAW LLP
                                                     Counsel for CarrAmerica Realty Corp.
18 Dated:  January,___, 2007

19                                                   _____
                                                     Henry Oh
20                                                   DLA PIPER
                                                     Counsel for Carlyle Fortran Trust
21                                    **ORDER**

22     Pursuant to the stipulation, and GOOD CAUSE appearing therefore, the Court hereby

23 orders that briefing and the hearings on the various Motions for Attorneys' Fees and Bills of

24 Costs in these actions shall occur in accordance with the schedule stipulated above.

25     **IT IS SO ORDERED.**

26

27 Dated: _____, 2007

28                                                   _____
                                                     United States District Court Judge

OHS West:260157485.1                    - 4 -              STIPULATION AND [PROPOSED] ORDER
                                                           REGARDING BRIEFING SCHEDULE - CASE

1   Bills of Costs and hearing of nVidia's Motion for Attorneys' fees and Review of Clerk's Taxation

2   of Costs.

3          **SO STIPULATED.**

4
5   Dated:  January,___, 2007

6                                                   _____
                                                         Douglas Applegate
7                                                 SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
                                                     Counsel for the 3dfx Defendants

8   Dated:  January,___, 2007

9                                                   _____
                                                          John Fitzgerald
10                                                      PINNACLE LAW GROUP
                                                  Counsel for Richard A. Heddleson

11  Dated:  January,___, 2007

12
13                                                  _____
                                                         Justin Lichterman
14                                              ORRICK HERRINGTON & SUTCLIFFE LLP
                                                   Counsel for the nVidia Defendants
15  Dated:  January,___, 2007

16                                                  _____
                                                          Dwight Donovan
17                                                         MBV LAW LLP
                                                 Counsel for CarrAmerica Realty Corp.

18  Dated:  January, *18* , 2007

19                                                  _____
                                                            Henry Oh
20                                                          DLA PIPER
                                                Counsel for Carlyle Fortran Trust

21                          **ORDER**

22          Pursuant to the stipulation, and GOOD CAUSE appearing therefore, the Court hereby

23  orders that briefing and the hearings on the various Motions for Attorneys' Fees and Bills of

24  Costs in these actions shall occur in accordance with the schedule stipulated above.

25          **IT IS SO ORDERED**.

26
27  Dated: _____, 2007      _____

28                                             United States District Court Judge