IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Carlyle Fortran Trust, et al., | NO. C 05-00427 JW |
| Plaintiffs, v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| NVIDIA Corp., et al., | |
| Defendants. | |

On March 9, 2009, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the Case Management Conference, the Court orders the following:

(1) On or before **March 27, 2009**, Defendant NVIDIA shall file its Objections to the Trustee's abandonment of claims in the underlying bankruptcy proceeding;

(2) The parties shall jointly request a hearing on **April 24, 2009** for determination of the abandonment issue with Bankruptcy Judge Effremsky;

(3) The May 4, 2009 hearing on Plaintiff's pending Motion re Order Establishing Trustee's Abandonment of Carlyle Claims is VACATED. The Court will set a new date for hearing Plaintiff's Motion, if necessary, following resolution of the abandonment issue in the Bankruptcy Court.

(4) On or before **May 8, 2009**, Plaintiffs shall individually file Amended Complaints, which shall reflect developments in this case resulting from the recent Ninth Circuit decision on Plaintiffs' claims.

  (5) On **May 18, 2009 at 10:00 a.m.**, the parties shall appear for a Further Case Management Conference.  On or before **May 8, 2009**, the parties shall file a Joint Case Management Statement, in which the parties shall apprise the Court of any development in this case or the underlying bankruptcy proceeding.

  (6) On or before **May 18, 2009**, Plaintiffs shall file Objections, if any, to 3dfx's Bill of Costs.

Dated: March 25, 2009

                JAMES WARE
                United States District Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew A. August aaugust@pinnaclelawgroup.com
Betty Malka Shumener betty.shumener@dlapiper.com
Douglas A. Applegate daa@sezalaw.com
Douglas G. Boven dboven@reedsmith.com
Dwight Craig Donovan Dwight@mbvlaw.com
George M. Lee gml@sezalaw.com
Henry H. Oh henry.oh@dlapiper.com
James Neil Kramer jkramer@orrick.com
Jonathan B. Gaskin jgaskin@orrick.com
Justin Myer Lichterman jlichterman@orrick.com
Karen Johnson-McKewan kjohnson-mckewan@orrick.com
Kim Y. Arnone karnone@buchalter.com
Leah Anne Nutting lnutting@orrick.com
Michael Todd Scott tscott@orrick.com
Morgan William Tovey morgantovey@quinnemanuel.com
Raymond A. Cardozo rcardozo@reedsmith.com
Richard C. Darwin rdarwin@buchalter.com
Robert P. Varian rvarian@orrick.com
Ruth Young Kwon rkwon@orrick.com

**Dated:  March 25, 2009**                         **Richard W. Wieking, Clerk**

 

**By:     /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**

**United States District Court**
For the Northern District of California