1  DLA PIPER US LLP
   Betty M. Shumener (SBN 137220)
2  Henry H. Oh (SBN 187127)
   550 S. Hope Street, Suite 2300
3  Los Angeles, California 90071-2631
   Telephone:  213 330-7700
4  Facsimile:  213 330-7701
   E-mail:  henry.oh@dlapiper.com
5
   Attorneys for Plaintiff
6  CARLYLE FORTRAN TRUST

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11 | In re:                                      | ) Case No. 05-00427 JW
   |                                             | ) [Related to Case No. 05-00428 JW]
12 | 3DFX INTERACTIVE, INC., a California        | )
   | corporation,                                | )
13 |                                             | ) **STIPULATION AND [PROPOSED]**
   |           Debtor,                           | ) **ORDER RE FURTHER CASE**
14 |                                             | ) **MANAGEMENT CONFERENCE**
   | EIN: 77-0390421                             | )
15 |                                             | )
   | ─────────────────────────────               | ) Judge: Hon. James Ware
16 |                                             | )
   | CARLYLE FORTRAN TRUST, a Maryland           | ) Ctrm.: 8
17 | real estate investment trust,               | )
   |                                             | )
18 |           Plaintiff,                        | )
   |                                             | )
19 |      vs.                                    | )
   |                                             | )
20 | NVIDIA CORPORATION, a Delaware              | )
   | corporation; NVIDIA US INVESTMENT           | )
21 | COMPANY, f/k/a TITAN ACQUISITION            | )
   | CORP. NO. 2, a Delaware corporation; 3DFX   | )
22 | INTERACTIVE, INC., a California             | )
   | corporation; JEN-HSUN HUANG, an             | )
23 | individual; JAMES C. GAITHER, an            | )
   | individual; A. BROOKE SEAWELL, an           | )
24 | individual; WILLIAM J. MILLER, an           | )
   | individual; TENCH COXE, an individual;      | )
25 | MARK A. STEVENS, an individual; HARVEY      | )
   | C. JONES, JR., an individual; STEPHEN H.    | )
26 | PETTIGREW, an individual; CHRISTINE B.      | )
   | HOBERG, an individual; RICHARD A.           | )
27 | HEDDLESON, an individual; GORDON A.         | )
   | CAMPBELL, an individual; JAMES WHIMS,       | )
28 | an individual; JAMES L. HOPKINS, an         | )
   |                                             | )

| | |
|---|---|
| 1 | individual; SCOTT D. SELLERS, an individual; ALEX M. LEUPP, an individual, ) |
| 2 | and DOES 14, 15, and 18 through 50, inclusive, ) |
| 3 | Defendants. ) |
| 4 | ) |
| 5 | CARRAMERICA REALTY CORPORATION, )   Case No. 05-00428 JW<br>et al., ) |
| 6 | Plaintiffs, ) |
| 7 | vs. ) |
| 8 | NVIDIA CORPORATION, et al. ) |
| 9 | Defendants. ) |

# STIPULATION

WHEREAS on March 25, 2009, the Court entered the Order Following Case Management Conference providing that (a) the parties shall jointly request a hearing on April 24, 2009 for determination of the abandonment issue with the Bankruptcy Court, (b) on or before May 8, 2009, the parties shall file a Joint Case Management Statement and plaintiffs shall file amended complaints with the Court, and (c) the parties shall appear for Further Case Management Conference on May 18, 2009 at 10 a.m.;

WHEREAS on April 16, 2009, the Bankruptcy Court notified counsel for Carlyle, counsel for the nVidia Defendants, and counsel for the Trustee that all matters relating to 3dfx bankruptcy (including the hearing of Carlyle's Motion For Order Establishing Trustee's Abandonment Of The Carlyle Claims Against The nVidia Defendants) set for April 29, 2009 at 10:30 a.m. be continued May 13, 2009 at 1:30 p.m.;

WHEREAS the parties do not know whether the Bankruptcy Court will rule on Carlyle's Motion For Order Establishing Trustee's Abandonment Of The Carlyle Claims Against The nVidia Defendants at the conclusion of the hearing on May 13, 2009 or take the Motion under submission and subsequently issue a written order;

WHEREAS the parties believe that plaintiffs should file the amended complaints and the parties should file a Joint Case Management Statement after the Bankruptcy Court issues a ruling on Carlyle's Motion For Order Establishing Trustee's Abandonment Of The Carlyle Claims Against The nVidia Defendants;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. Within ten (10) days after the Bankruptcy Court issues a ruling on Carlyle's Motion For Order Establishing Trustee's Abandonment Of The Carlyle Claims Against The nVidia Defendants, the parties shall meet and confer and submit a joint stipulation and proposed order proposing (a) the deadline by which the parties shall file a Joint Case

Management Statement and plaintiffs shall file amended complaints, and (b) alternative dates convenient to all parties on which the Further Case Management Conference should be held.

2. The May 8, 2009 deadline for the parties to file a Joint Case Management Statement and for plaintiffs to file amended complaints and the May 18, 2009 date for the Further Case Management Conference should be vacated pending the Bankruptcy Court's ruling on Carlyle's Motion For Order Establishing Trustee's Abandonment Of The Carlyle Claims Against The nVidia Defendants and an Order of the Court resetting those dates.

**SO STIPULATED.**

Dated: April 24, 2009          DLA PIPER LLP (US)

                               By: _____
                               Henry H. Oh
                               Attorneys for
                               CARLYLE FORTRAN TRUST

Dated: April ___, 2009         MBV LAW LLP


                               By:_____
                               Dwight D. Donovan
                               Attorneys for
                               CARRAMERICA REALTY CORP.

Dated: April ___, 2009         ORRICK HERRINGTON & SUTCLIFFE LLP


                               By:_____
                               Justin M. Lichterman
                               Attorneys for
                               NVIDIA DEFENDANTS

1  Management Statement and plaintiffs shall file amended complaints, and (b) alternative dates
2  convenient to all parties on which the Further Case Management Conference should be held.

3        2.     The May 8, 2009 deadline for the parties to file a Joint Case Management
4  Statement and for plaintiffs to file amended complaints and the May 18, 2009 date for the
5  Further Case Management Conference should be vacated pending the Bankruptcy Court's ruling
6  on Carlyle's Motion For Order Establishing Trustee's Abandonment Of The Carlyle Claims
7  Against The nVidia Defendants and an Order of the Court resetting those dates.

**SO STIPULATED.**

Dated: April ___, 2009          DLA PIPER LLP (US)

By: _____
    Henry H. Oh
Attorneys for
CARLYLE FORTRAN TRUST

Dated: April ___, 2009          MBV LAW LLP

By: /s/ Jonathan S. O. Donnell
    Dwight D. Donovan
Attorneys for
CARRAMERICA REALTY CORP.

Dated: April ___, 2009          ORRICK HERRINGTON & SUTCLIFFE LLP

By: _____
    Justin M. Lichterman
Attorneys for
NVIDIA DEFENDANTS

1  Management Statement and plaintiffs shall file amended complaints, and (b) alternative dates
2  convenient to all parties on which the Further Case Management Conference should be held.
3        2.      The May 8, 2009 deadline for the parties to file a Joint Case Management
4  Statement and for plaintiffs to file amended complaints and the May 18, 2009 date for the
5  Further Case Management Conference should be vacated pending the Bankruptcy Court's ruling
6  on Carlyle's Motion For Order Establishing Trustee's Abandonment Of The Carlyle Claims
7  Against The nVidia Defendants and an Order of the Court resetting those dates.
8
9          **SO STIPULATED.**
10
11 Dated: April ___, 2009                  DLA PIPER LLP (US)
12
13                                          By:_____
14                                            Henry H. Oh
                                           Attorneys for
15                                            CARLYLE FORTRAN TRUST
16 Dated: April ___, 2009                  MBV LAW LLP
17
18                                             By:_____
19                                             Dwight D. Donovan
                                            Attorneys for
20                                            CARRAMERICA REALTY CORP.
21 Dated: April 23, 2009                  ORRICK HERRINGTON & SUTCLIFFE LLP
22
23                                             By:_____
24                                             Justin M. Lichterman
                                            Attorneys for
25                                            NVIDIA DEFENDANTS
26
27
28

| | | |
|---|---|---|
| 1 | Dated: April 23, 2009 | REED SMITH LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Douglas G. Boven |
| 5 | | Attorneys for<br>Stephen H. Pettigrew |
| 6 | Dated: April ___, 2009 | SEILER EPSTEIN ZIEGLER & APPLEGATE LLP |
| 7 | | |
| 8 | | |
| 9 | | By:_____ |
| 10 | | Douglas A. Applegate<br>Attorneys for<br>Gordon A. Campbell, James Whims, James L. Hopkins, Scott D. Sellers and Alex M. Leupp |
| 11 | | |
| 12 | Dated: April ___, 2009 | PINNACLE LAW GROUP LLP |
| 13 | | |
| 14 | | |
| 15 | | By:_____<br>John L. Fitzgerald |
| 16 | | Attorneys for Defendant<br>Richard A. Heddleson |

## ORDER

Pursuant to the stipulation, and GOOD CAUSE appearing therefore, the Court hereby orders as follows:

1. Within ten (10) days after the Bankruptcy Court issues a ruling on Carlyle's Motion For Order Establishing Trustee's Abandonment Of The Carlyle Claims Against The nVidia Defendants, the parties shall meet and confer and submit a joint stipulation and proposed order proposing (a) the deadline by which the parties shall file a Joint Case Management Statement and plaintiffs shall file amended complaints, and (b) alternative dates convenient to all parties on which the Further Case Management Conference should be held.

| | | |
|---|---|---|
| 1 | Dated: April ___, 2009 | REED SMITH LLP |
| 2 | | |
| 3 | | |
| 4 | | By:_____ |
| 5 | | Douglas G. Boven<br>Attorneys for<br>Stephen H. Pettigrew |
| 6 | | |
| 7 | Dated: April ___, 2009 | SEILER EPSTEIN ZIEGLER & APPLEGATE LLP |
| 8 | | |
| 9 | | By:_____ |
| 10 | | Douglas A. Applegate<br>Attorneys for |
| 11 | | Gordon A. Campbell, James Whims, James L. Hopkins, Scott D. Sellers and Alex M. Leupp |
| 12 | Dated: April ___, 2009 | PINNACLE LAW GROUP LLP |
| 13 | | |
| 14 | | |
| 15 | | By:_____<br>John L. Fitzgerald |
| 16 | | Attorneys for Defendant<br>Richard A. Heddleson |

## ORDER

Pursuant to the stipulation, and GOOD CAUSE appearing therefore, the Court hereby orders as follows:

1. Within ten (10) days after the Bankruptcy Court issues a ruling on Carlyle's Motion For Order Establishing Trustee's Abandonment Of The Carlyle Claims Against The nVidia Defendants, the parties shall meet and confer and submit a joint stipulation and proposed order proposing (a) the deadline by which the parties shall file a Joint Case Management Statement and plaintiffs shall file amended complaints, and (b) alternative dates convenient to all parties on which the Further Case Management Conference should be held.

| | | |
|---|---|---|
| 1 | Dated: April ___, 2009 | REED SMITH LLP |
| 2 | | |
| 3 | | |
| 4 | | By:_____ |
| | | Douglas G. Boven |
| | | Attorneys for |
| 5 | | Stephen H. Pettigrew |
| 6 | | |
| 7 | Dated: April ___, 2009 | SEILER EPSTEIN ZIEGLER & APPLEGATE LLP |
| 8 | | |
| 9 | | By:_____ |
| | | Douglas A. Applegate |
| 10 | | Attorneys for |
| | | Gordon A. Campbell, James Whims, James L. |
| 11 | | Hopkins, Scott D. Sellers and Alex M. Leupp |
| 12 | | |
| 13 | Dated: April 23, 2009 | PINNACLE LAW GROUP LLP |
| 14 | | |
| 15 | | By:_____/s/_____ |
| | | John L. Fitzgerald |
| 16 | | Attorneys for Defendant |
| | | Richard A. Heddleson |

### ORDER

Pursuant to the stipulation, and GOOD CAUSE appearing therefore, the Court hereby orders as follows:

1. Within ten (10) days after the Bankruptcy Court issues a ruling on Carlyle's Motion For Order Establishing Trustee's Abandonment Of The Carlyle Claims Against The nVidia Defendants, the parties shall meet and confer and submit a joint stipulation and proposed order proposing (a) the deadline by which the parties shall file a Joint Case Management Statement and plaintiffs shall file amended complaints, and (b) alternative dates convenient to all parties on which the Further Case Management Conference should be held.

-3-

-4-

1      2. The May 8, 2009 deadline for the parties to file a Joint Case Management
2 Statement and for plaintiffs to file amended complaints and the May 18, 2009 date for the
3 Further Case Management Conference is hereby vacated pending the Bankruptcy Court's ruling
4 on Carlyle's Motion For Order Establishing Trustee's Abandonment Of The Carlyle Claims
5 Against The nVidia Defendants and an Order of the Court resetting those dates.
6         IT IS SO ORDERED

8 Dated: May 7, 2009           _____
                                                          United States District Court Judge

-4-

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 550 South Hope Street, Suite 2300, Los Angeles, California 90071.

On April 24, 2009, I served the foregoing document(s) described as follows:
**STIPULATION AND [PROPOSED] ORDER RE FURTHER CASE MANAGEMENT CONFERENCE**
on the interested parties in this action by placing a copy thereof enclosed in sealed envelopes addressed as follows:

> John L. Fitzgerald, Esq.
> Pinnacle Law Group LLP
> 425 California Street, Suite 1800
> San Francisco, CA 94104

__XX__  BY MAIL: I am readily familiar with the firm's business practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under said practice, correspondence is deposited with the U.S. Postal Service in the ordinary course of business on that same day with postage thereon fully prepaid. I placed said sealed envelope for collection and mailing on the date hereof following ordinary business practices.

____ BY OVERNIGHT DELIVERY: I am readily familiar with the firm's business practice of collection and processing correspondence for Overnight Delivery. Under said practice, in the ordinary course of business, the package is delivered on that same day to an Overnight Delivery courier service with delivery charges provided for. I placed said sealed envelopes for collection and processing for delivery on the date hereof following ordinary business practices.

Executed on April 24, 2009, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/  *Janet Curley*
       Janet Curley

WEST\21696801.1