IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Carlyle Fortran Trust, | NO. C 05-00427 JW |
|     Plaintiff, <br>   v. <br> NVIDIA Corp., <br>     Defendant. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Presently before the Court is the parties' Stipulation re: Further Case Management Conference. (Docket Item No. 284.) The parties seek a Case Management Conference on July 6, 2009. The Court's calendar on July 6, however, is filled at this time. Instead, the parties shall appear on **July 7, 2009 at 9 a.m.** for a Case Management Conference. On or before **June 27, 2009**, the parties shall file a Joint Case Management Statement updating the Court on the status of this case and all other related cases.

Dated: June 16, 2009

                                                              JAMES WARE <br>
                                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew A. August aaugust@pinnaclelawgroup.com
Betty Malka Shumener betty.shumener@dlapiper.com
Douglas A. Applegate daa@sezalaw.com
Douglas G. Boven dboven@reedsmith.com
Dwight Craig Donovan Dwight@mbvlaw.com
George M. Lee gml@sezalaw.com
Henry H. Oh henry.oh@dlapiper.com
James Neil Kramer jkramer@orrick.com
Jonathan B. Gaskin jgaskin@orrick.com
Justin Myer Lichterman jlichterman@orrick.com
Karen Johnson-McKewan kjohnson-mckewan@orrick.com
Kim Y. Arnone karnone@buchalter.com
Leah Anne Nutting lnutting@orrick.com
Michael Todd Scott tscott@orrick.com
Morgan William Tovey morgantovey@quinnemanuel.com
Raymond A. Cardozo rcardozo@reedsmith.com
Richard C. Darwin rdarwin@buchalter.com
Robert P. Varian rvarian@orrick.com
Ruth Young Kwon rkwon@orrick.com

**Dated:  June 16, 2009**          **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California