IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Carlyle Fortran Trust, | NO. C 05-00427 JW |
| | NO. C 05-00428 JW |
| CarrAmerica Realty, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | |
| v. | |
| Nvidia Corporation, et al., | |
| Defendants. | |

On July 7, 2009, the parties in both actions appeared for a case management conference. Based on the discussion at the conference, the Court sets the following schedule:

(1) CarrAmerica shall file its Amended Complaint consistent with the Ninth Circuit remand on or before **August 10, 2009.**

(2) On **November 2, 2009 at 9 a.m.**, the Court will conduct a hearing on the following anticipated Motions:

(a) Nvidia's Motion to Dismiss CarrAmerica's Amended Complaint. Briefing shall be conducted in accordance with the applicable Civil Local Rules of this Court.

(b) Carlyle's Motion for Interlocutory Appeal. On or before **October 9, 2009**, the parties shall file a Joint Status Report to update the Court as

to the Untied States Supreme Court's disposition of Carlyle's petition for a writ of certiorari.

(3) On **November 2, 2009,** the Court will conduct a Case Management Conference for both cases following the hearing on the Motions.  On or before **October 23, 2009**, the parties in each case shall file a Joint Case Management Statement.  The Statement shall contain a chart depicting the procedure poster of all related cases.

Dated:  July 8, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew A. August aaugust@pinnaclelawgroup.com
Betty Malka Shumener betty.shumener@dlapiper.com
Douglas A. Applegate daa@sezalaw.com
Douglas G. Boven dboven@reedsmith.com
Dwight Craig Donovan Dwight@mbvlaw.com
George M. Lee gml@sezalaw.com
Henry H. Oh henry.oh@dlapiper.com
James Neil Kramer jkramer@orrick.com
Jonathan B. Gaskin jgaskin@orrick.com
Justin Myer Lichterman jlichterman@orrick.com
Karen Johnson-McKewan kjohnson-mckewan@orrick.com
Kim Y. Arnone karnone@buchalter.com
Leah Anne Nutting lnutting@orrick.com
Michael Todd Scott tscott@orrick.com
Morgan William Tovey morgantovey@quinnemanuel.com
Raymond A. Cardozo rcardozo@reedsmith.com
Richard C. Darwin rdarwin@buchalter.com
Robert P. Varian rvarian@orrick.com
Ruth Young Kwon rkwon@orrick.com

Dated:  July 8, 2009                                  **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
          **Elizabeth Garcia**
          **Courtroom Deputy**