**DLA PIPER LLP (US)**
Betty M. Shumener (SBN 137220)
Henry H. Oh (SBN 187127)
550 S. Hope Street, Suite 2300
Los Angeles, California 90071-2678
Telephone: 213 330-7700
Facsimile: 213 330-7701
E-mail: henry.oh@dlapiper.com

Attorneys for Plaintiff
CARLYLE FORTRAN TRUST

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
ROBERT P. VARIAN (STATE BAR NO. 107459)
KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
JAMES N. KRAMER (STATE BAR NO. 154709)
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Defendants
NVIDIA CORPORATION, NVIDIA US INVESTMENT COMPANY, INC., JEN-HSUN HUANG, JAMES C. GAITHER, A. BROOKE SEAWELL, WILLIAM J. MILLER, TENCH COXE, MARK A. STEVENS, HARVEY C. JONES, CHRISTINE B. HOBERG and STEPHEN H. PETTIGREW

IT IS SO ORDERED AS MODIFIED
Judge James Ware
1/27/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>3DFX INTERACTIVE, INC., a California corporation,<br><br>    Debtor. | Case No. 09-02478 JW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING OF CARLYLE'S APPEAL**<br><br>Judge: Hon. James Ware |
| CARLYLE FORTRAN TRUST,<br><br>    Plaintiff,<br><br>vs.<br><br>NVIDIA CORPORATION, et al.,<br><br>    Defendants. | |

DLA PIPER LLP (US)
LOS ANGELES

JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING OF CARLYLE'S APPEAL
Case No. 09-2478JW      -1-      WEST\21868311.2

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS on March 11, 2009, plaintiff Carlyle Fortran Trust ("Carlyle") filed a Motion |
| 3 | For Order Establishing Trustee's Abandonment of the Carlyle Claims Against nVidia Defendants |
| 4 | with the Bankruptcy Court; |
| 5 | WHEREAS on May 21, 2009, the Bankruptcy Court entered an Order denying Carlyle's |
| 6 | Motion for Abandonment without prejudice; |
| 7 | WHEREAS on May 29, 2009, Carlyle filed a Notice of Appeal and Motion for Leave to |
| 8 | Appeal the Order denying Carlyle's Motion for Abandonment without prejudice; |
| 9 | WHEREAS on November 12, 2009, the Court entered an Order denying Carlyle's Motion |
| 10 | for Leave to Appeal; |
| 11 | WHEREAS on January 13, 2010, the District Court entered an Order Denying Defendant |
| 12 | nVidia's Motion For Entry Of Judgment; *Sua Sponte* Reconsidering Carlyle's Motion for Leave |
| 13 | to Appeal and Granting Leave; Setting Briefing Schedule, directing the parties to meet and confer |
| 14 | and stipulate to a briefing schedule of the appeal and file such stipulation with the Court on or |
| 15 | before January 27, 2010; |
| 16 | WHEREAS the parties agree that the Case Management Conference currently scheduled |
| 17 | in *Carlyle Fortran Trust v. NVIDIA Corp.*, Case No. 05-00427, for February 1, 2010 at 10:00 |
| 18 | a.m. should be taken off calendar until after the resolution of Carlyle's interlocutory appeal; |
| 19 | |
| 20 | NOW THEREFORE, the parties hereby stipulate and agree to the following briefing |
| 21 | schedule: |
| 22 | February 26, 2010 — Carlyle's Opening Brief Due |
| 23 | March 19, 2010 — NVIDIA Defendants' Answering Brief Due |
| 24 | April 2, 2010 — Carlyle's Reply Brief Due |
| 25 | **April 26, 2010 at 9:00 AM** — Hearing of Carlyle's Interlocutory Appeal |
| 26 | The parties further stipulate and agree that the Case Management Conference currently |
| 27 | scheduled in *Carlyle Fortran Trust v. NVIDIA Corp.*, Case No. 05-00427, for February 1, 2010 at |
| 28 | 10:00 a.m. should be taken off calendar until after the resolution of Carlyle's interlocutory appeal. |

DLA PIPER LLP (US)
LOS ANGELES

JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING OF CARLYLE'S APPEAL
Case No. 09-2478JW -2- WEST\21868311.2

**SO STIPULATED.**

Dated: January 22, 2010        DLA PIPER LLP (US)


By: */s/ Henry H. Oh*
    Henry H. Oh
Attorneys for Plaintiff
CARLYLE FORTRAN TRUST

Dated: January 22, 2010        ORRICK HERRINGTON & SUTCLIFFE LLP


By: */s/ Justin M. Lichterman*
    Justin M. Lichterman
Attorneys for Defendants
NVIDIA CORPORATION, ET AL.

DLA Piper LLP (US)
Los Angeles

JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING OF CARLYLE'S APPEAL
Case No. 09-2478JW      -3-      WEST\21868311.2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the stipulation, and GOOD CAUSE appearing therefore, the Court hereby sets |
| 3 | the following briefing schedule: |

February 26, 2010        Carlyle's Opening Brief Due

March 19, 2010        NVIDIA Defendants' Answering Brief Due

April 2, 2010        Carlyle's Reply Brief Due

The hearing of Carlyle's interlocutory appeal shall take place on **April 26, 2010 at 9:00 AM**

The Case Management Conference currently scheduled in *Carlyle Fortran Trust v. NVIDIA Corp.*, Case No. 05-00427, for February 1, 2010 at 10:00 a.m. is hereby **VACATED.**

**IT IS SO ORDERED AS MODIFIED.**

Dated: January 27, 2010

/s/ James Ware
United States District Court Judge

DLA Piper LLP (US)
Los Angeles

JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING OF CARLYLE'S APPEAL
Case No. 09-2478JW      -4-      WEST\21868311.2