1  **DLA PIPER LLP (US)**
   Betty M. Shumener (SBN 137220)
2  Henry H. Oh (SBN 187127)
   550 S. Hope Street, Suite 2300
3  Los Angeles, California 90071-2678
   Telephone:  213 330-7700
4  Facsimile:  213 330-7701
   E-mail:  henry.oh@dlapiper.com
5
   Attorneys for Plaintiff
6  CARLYLE FORTRAN TRUST

7  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   ROBERT P. VARIAN (STATE BAR NO. 107459)
8  KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
9  JAMES N. KRAMER (STATE BAR NO. 154709)
   JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
10 405 Howard Street
   San Francisco, CA 94105
11 Telephone:     415-773-5700
   Facsimile:     415-773-5759
12
   Attorneys for Defendants
13 NVIDIA CORPORATION, NVIDIA US INVESTMENT
   COMPANY, INC., JEN-HSUN HUANG, JAMES C.
14 GAITHER, A. BROOKE SEAWELL, WILLIAM J.
   MILLER, TENCH COXE, MARK A. STEVENS,
15 HARVEY C. JONES, CHRISTINE B. HOBERG and
   STEPHEN H. PETTIGREW

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware
1/27/2010

16
17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19                    **SAN JOSE DIVISION**

20 In re:                                    Case No. 09-02478 JW

21 3DFX INTERACTIVE, INC., a California       **JOINT STIPULATION AND [PROPOSED]**
   corporation,                              **ORDER RE BRIEFING AND HEARING**
22                                           **OF CARLYLE'S APPEAL**
              Debtor.
                                             Judge:      Hon. James Ware
23
24 CARLYLE FORTRAN TRUST,
25              Plaintiff,
26 vs.
27 NVIDIA CORPORATION, et al.,
28              Defendants.

JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING OF CARLYLE'S APPEAL

**STIPULATION**

WHEREAS on March 11, 2009, plaintiff Carlyle Fortran Trust ("Carlyle") filed a Motion For Order Establishing Trustee's Abandonment of the Carlyle Claims Against nVidia Defendants with the Bankruptcy Court;

WHEREAS on May 21, 2009, the Bankruptcy Court entered an Order denying Carlyle's Motion for Abandonment without prejudice;

WHEREAS on May 29, 2009, Carlyle filed a Notice of Appeal and Motion for Leave to Appeal the Order denying Carlyle's Motion for Abandonment without prejudice;

WHEREAS on November 12, 2009, the Court entered an Order denying Carlyle's Motion for Leave to Appeal;

WHEREAS on January 13, 2010, the District Court entered an Order Denying Defendant nVidia's Motion For Entry Of Judgment; *Sua Sponte* Reconsidering Carlyle's Motion for Leave to Appeal and Granting Leave; Setting Briefing Schedule, directing the parties to meet and confer and stipulate to a briefing schedule of the appeal and file such stipulation with the Court on or before January 27, 2010;

WHEREAS the parties agree that the Case Management Conference currently scheduled in *Carlyle Fortran Trust v. NVIDIA Corp*., Case No. 05-00427, for February 1, 2010 at 10:00 a.m. should be taken off calendar until after the resolution of Carlyle's interlocutory appeal;

NOW THEREFORE, the parties hereby stipulate and agree to the following briefing schedule:

| | |
|---|---|
| February 26, 2010 | Carlyle's Opening Brief Due |
| March 19, 2010 | NVIDIA Defendants' Answering Brief Due |
| April 2, 2010 | Carlyle's Reply Brief Due |
| **April 26, 2010 at 9:00 AM** | Hearing of Carlyle's Interlocutory Appeal |

The parties further stipulate and agree that the Case Management Conference currently scheduled in *Carlyle Fortran Trust v. NVIDIA Corp*., Case No. 05-00427, for February 1, 2010 at 10:00 a.m. should be taken off calendar until after the resolution of Carlyle's interlocutory appeal.

DLA PIPER LLP (US)
LOS ANGELES

JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING OF CARLYLE'S APPEAL
Case No. 09-2478JW                    -2-                    WEST\218668311.2

1      **SO STIPULATED.**

2

3      Dated:  January 22, 2010                    DLA PIPER LLP (US)

4

5                                                  By: _/s/ Henry H. Oh_____
                                                       Henry H. Oh
6                                                  Attorneys for Plaintiff
                                                   CARLYLE FORTRAN TRUST
7
       Dated:  January 22, 2010                    ORRICK HERRINGTON & SUTCLIFFE LLP
8

9

10                                                 By: _/s/ Justin M. Lichterman_____
                                                       Justin M. Lichterman
11                                                 Attorneys for Defendants
                                                   NVIDIA CORPORATION, ET AL.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
LOS ANGELES

JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING OF CARLYLE'S APPEAL
Case No. 09-2478JW                    -3-                    WEST\218668311.2

1

## **ORDER**

2           Pursuant to the stipulation, and GOOD CAUSE appearing therefore, the Court hereby sets

3     the following briefing schedule:

4           February 26, 2010           Carlyle's Opening Brief Due

5           March 19, 2010              NVIDIA Defendants' Answering Brief Due

6           April 2, 2010                Carlyle's Reply Brief Due

7           The hearing of Carlyle's interlocutory appeal shall take place on **April 26, 2010 at 9:00 AM**

8

9           The Case Management Conference currently scheduled in *Carlyle Fortran Trust v.*

10    *NVIDIA Corp.*, Case No. 05-00427, for February 1, 2010 at 10:00 a.m. is hereby **VACATED.**

11

12

13          **IT IS SO ORDERED** **AS MODIFIED.**

14

15    Dated:    January 27, 2010                    _____

16                                      United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING OF CARLYLE'S APPEAL
Case No. 09-2478JW                -4-                     WEST\218668311.2