1  **DLA PIPER LLP (US)**
   Betty M. Shumener (SBN 137220)
2  Henry H. Oh (SBN 187127)
   550 S. Hope Street, Suite 2300
3  Los Angeles, California 90071-2678
   Telephone:  213 330-7700
4  Facsimile:  213 330-7701
   E-mail:  henry.oh@dlapiper.com
5
   Attorneys for Plaintiff
6  CARLYLE FORTRAN TRUST

7  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   ROBERT P. VARIAN (STATE BAR NO. 107459)
8  KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
9  JAMES N. KRAMER (STATE BAR NO. 154709)
   JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
10 405 Howard Street
   San Francisco, CA 94105
11 Telephone:   415-773-5700
   Facsimile:   415-773-5759
12
   Attorneys for Defendants
13 NVIDIA CORPORATION, NVIDIA US INVESTMENT
   COMPANY, INC., JEN-HSUN HUANG, JAMES C.
14 GAITHER, A. BROOKE SEAWELL, WILLIAM J.
   MILLER, TENCH COXE, MARK A. STEVENS,
15 HARVEY C. JONES, CHRISTINE B. HOBERG

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
Judge James Ware
7/15/2010

16              **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

18                    **SAN JOSE DIVISION**

19 | In re:                                   | Case No. 05-00427 JW
20 |                                          |   (Related to Case No. 09-02478 JW)
   | 3DFX INTERACTIVE, INC., a California     |
21 | corporation,                             | **JOINT STIPULATION AND [PROPOSED]**
   |                                          | **ORDER RE MEDIATION AND CASE**
22 |           Debtor.                        | **MANAGEMENT**

23                                              Judge:    Hon. James Ware

24 | CARLYLE FORTRAN TRUST,
25 |           Plaintiff,
26 | vs.
27 | NVIDIA CORPORATION, et al.,
28 |           Defendants.

DLA PIPER LLP (US)
LOS ANGELES

JOINT STIPULATION AND [PROPOSED] ORDER RE MEDIATION AND CASE MANAGEMENT
Case No. 05-427JW                          -1-

**STIPULATION**

WHEREAS on March 11, 2009, plaintiff Carlyle Fortran Trust ("Carlyle") filed a Motion For Order Establishing Trustee's Abandonment of the Carlyle Claims Against nVidia Defendants ("Motion for Abandonment") with the Bankruptcy Court seeking the Trustee's abandonment of certain claims alleged in Carlyle's Complaint in Case No. 05-00427 JW;

WHEREAS on May 21, 2009, the Bankruptcy Court entered an Order denying Carlyle's Motion for Abandonment without prejudice;

WHEREAS on May 29, 2009, Carlyle filed a Notice of Appeal and Motion for Leave to Appeal the Bankruptcy Court's Order denying Carlyle's Motion for Abandonment without prejudice;

WHEREAS on June 17, 2010, the Court entered an Order Reversing Bankruptcy Court Order; Granting Motion For Abandonment Of Claims ("Order") in which the Court reversed the Bankruptcy Court's Order denying Carlyle's Motion for Abandonment without prejudice;

WHEREAS on July 8, 2010, defendants NVIDIA Corporation, et al. ("NVIDIA Defendants") filed a Petition for Certification of the Order for interlocutory appeal under 28 U.S.C. §1292(b) ("Petition for Certification") set for hearing before the Court on November 22, 2010;

WHEREAS Carlyle proposed to NVIDIA Defendants that the parties participate in private mediation;

WHEREAS NVIDIA Defendants are agreeable to Carlyle's proposal provided that any litigation and discovery in Carlyle's action (Case No. 05-00427 JW) are stayed pending mediation, while the Petition for Certification filed by NVIDIA Defendants remains on calendar for hearing before the Court on November 22, 2010;

WHEREAS Carlyle is agreeable to NVIDIA Defendants' proposal;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. The parties shall participate in mediation before a private mediator, which shall be

1  completed on or before August 30, 2010.

2   2. Any litigation and discovery in Carlyle's action (Case No. 05-00427 JW) shall be
3  stayed pending mediation.

4   3. The Petition for Certification shall remain on calendar for hearing on November
5  22, 2010.  Carlyle's Opposition to the Petition for Certification shall be due on **October 22, 2010**
6  and NVIDIA Defendants' Reply shall be due on November **5,** 2010.

7   4. In the event mediation is unsuccessful, litigation and discovery in Carlyle's action
8  (Case No. 05-00427 JW) may resume.  However, the NVIDIA Defendants do not hereby waive
9  the right to seek a stay of such proceedings pending resolution of the Petition for Certification and
10 Carlyle does not hereby waive the right to oppose such a request for a stay.  Within 10 days after
11 mediation, the parties shall submit a joint statement reporting to the Court whether mediation was
12 successful or unsuccessful.

13  5. The parties agree that the Case Management Conference currently scheduled for
14 July 19, 2010 at 10:00 a.m. should be taken off calendar pending mediation.

16 **SO STIPULATED.**

18 Dated: July 14, 2010                DLA PIPER LLP (US)

20                                     By: */s/ Henry H. Oh*
21                                         Henry H. Oh
                                         Attorneys for Plaintiff
                                         CARLYLE FORTRAN TRUST

23 Dated: July 14, 2010                ORRICK HERRINGTON & SUTCLIFFE LLP

25                                     By: */s/ Karen Johnson-McKewan*
                                         Karen Johnson-McKewan
26                                       Attorneys for Defendants
                                         NVIDIA CORPORATION, ET AL.

DLA PIPER LLP (US)
LOS ANGELES

JOINT STIPULATION AND [PROPOSED] ORDER RE MEDIATION AND CASE MANAGEMENT
Case No. 05-427JW                           -3-

**ORDER AS MODIFIED**

Pursuant to the stipulation, and GOOD CAUSE appearing therefore, the Court hereby orders as follows:

1. The parties shall participate in mediation before a private mediator. The parties shall complete such mediation on or before August 30, 2010.

2. Any litigation and discovery in Carlyle's action (Case No. 05-00427JW) shall be stayed pending mediation.

3. The Petition for Certification filed by NVIDIA Defendants in Case No. 09-02478JW shall remain on calendar for hearing on November 22, 2010. Carlyle's Opposition to the Petition for Certification is due on **October 22, 2010** and NVIDIA Defendants' Reply is due on **November 5, 2010.**

4. The Case Management Conference currently scheduled in *Carlyle Fortran Trust v. NVIDIA Corp.*, Case No. 05-00427 and in *In re 3dfx Interactive, Inc.*, Case No. 09-02478, for July 19, 2010 at 10:00 a.m. is hereby vacated.

5. In the event the mediation is unsuccessful, litigation and discovery in Carlyle's action (Case No. 05-00427JW) may resume, though the NVIDIA Defendants may seek an order from this Court staying proceedings pending resolution of the Petition for Certification and Carlyle may oppose such a request for a stay. Within 10 days after mediation, the parties shall submit a joint case management statement reporting to the Court whether mediation was successful or unsuccessful.

**IT IS SO ORDERED**

Dated: July 15, 2010

_____
United States District Court Judge