**DLA PIPER LLP (US)**
Betty M. Shumener (SBN 137220)
Henry H. Oh (SBN 187127)
550 S. Hope Street, Suite 2300
Los Angeles, California 90071-2678
Telephone: 213 330-7700
Facsimile: 213 330-7701
E-mail: henry.oh@dlapiper.com

Attorneys for Plaintiff
CARLYLE FORTRAN TRUST

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
ROBERT P. VARIAN (STATE BAR NO. 107459)
KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
JAMES N. KRAMER (STATE BAR NO. 154709)
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
405 Howard Street
San Francisco, CA 94105
Telephone:    415-773-5700
Facsimile:     415-773-5759

Attorneys for Defendants
NVIDIA CORPORATION, NVIDIA US INVESTMENT COMPANY, INC., JEN-HSUN HUANG, JAMES C. GAITHER, A. BROOKE SEAWELL, WILLIAM J. MILLER, TENCH COXE, MARK A. STEVENS, HARVEY C. JONES, CHRISTINE B. HOBERG

*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware
9/3/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CARLYLE FORTRAN TRUST,<br><br>       Plaintiff,<br><br>vs.<br><br>NVIDIA CORPORATION, et al.,<br><br>       Defendants. | Case No. 05-00427 JW<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:      Hon. James Ware |

# STIPULATION

WHEREAS on August 19, 2010, plaintiff Carlyle Fortran Trust ("Carlyle") and defendants nVidia Corporation, nVidia US Investment Company f/k/a Titan Acquisition Corp. No. 2, Jen-Hsun Huang, James C. Gaither, A. Brooke Seawell, William J. Miller, Tench Coxe, Mark A. Stevens, Harvey C. Jones, Stephen H. Pettigrew and Christine B. Hoberg (collectively, "NVIDIA") entered into a settlement agreement pursuant to which Carlyle agreed to dismiss this action with prejudice;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. The above-entitled action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own attorneys' fees and costs incurred in the action.

**SO STIPULATED.**

Dated:  August 23, 2010              DLA PIPER LLP (US)

                                     By: _/s/ Henry H. Oh_
                                         Henry H. Oh
                                         Attorneys for Plaintiff
                                         CARLYLE FORTRAN TRUST

Dated:  August __, 2010              ORRICK HERRINGTON & SUTCLIFFE LLP

                                     By:
                                         Karen Johnson-McKewan
                                         Justin M. Lichterman
                                         Attorneys for Defendants
                                         NVIDIA CORPORATION, ET AL.

**STIPULATION**

WHEREAS on August 19, 2010, plaintiff Carlyle Fortran Trust ("Carlyle") and defendants nVidia Corporation, nVidia US Investment Company f/k/a Titan Acquisition Corp. No. 2, Jen-Hsun Huang, James C. Gaither, A. Brooke Seawell, William J. Miller, Tench Coxe, Mark A. Stevens, Harvey C. Jones, Stephen H. Pettigrew and Christine B. Hoberg (collectively, "NVIDIA") entered into a settlement agreement pursuant to which Carlyle agreed to dismiss this action with prejudice;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. The above-entitled action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own attorneys' fees and costs incurred in the action.

**SO STIPULATED.**  The Clerk shall close this file.

Dated: August __, 2010

DLA PIPER LLP (US)

By:_____
Henry H. Oh
Attorneys for Plaintiff
CARLYLE FORTRAN TRUST

Dated: August 23, 2010

ORRICK HERRINGTON & SUTCLIFFE LLP

By:_____
Karen Johnson-McKewan
Justin M. Lichterman
Attorneys for Defendants
NVIDIA CORPORATION, ET AL.